IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA   :

vs.         : CRIMINAL NO.:  22-CR-00062-KD

LORENZO DRAINE BURROUGHS :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

 Pursuant to the Report and Recommendation of the United States Magistrate Judge (doc. 23) and without any objection having been filed, Defendant Lorenzo Draine Burroughs' plea of guilty to Count 1 of the Indictment is accepted and Defendant is adjudged guilty of such offense.

 The sentencing hearing is scheduled for **June 16, 2023 at 9:00 a.m. Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama  36602.

 **DONE and ORDERED** this the 7th day of April 2023.

     s/Kristi  K. DuBose
     KRISTI K. DuBOSE
     UNITED STATES DISTRICT JUDGE